PHILLIP A. TALBERT
United States Attorney
MICHELLE RODRIGUEZ
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEX YRIGOLLEN,<br><br>    Petitioner,<br><br>v.<br><br>B.M. TRATE, WARDEN, USP-ATWATER,<br><br>    Respondent. | CASE NO. 1:23-CV-00981-JLT-SAB (HC)<br><br>STIPULATION TO MODIFY EXISTING BRIEFING SCHEDULES; ORDER |
| SALVADOR CASTRO,<br><br>    Plaintiff,<br><br>v.<br><br>B.M. TRATE, WARDEN, USP-ATWATER,<br><br>    Defendants. | CASE NO. 1:23-CV-00982-JLT-SAB (HC) |
| ROBERT MALDONADO,<br><br>    Petitioner,<br><br>v.<br><br>B.M. TRATE, WARDEN, USP-ATWATER,<br><br>    Respondent. | CASE NO. 1:23-CV-00993-JLT-SAB (HC) |

STIPULATION AND ORDER

1

| | |
|---|---|
| BRYAN ROBLEDO, | CASE NO. 1:23-CV-00995-JLT-SAB (HC) |
| Petitioner, | |
| v. | |
| B.M. TRATE, WARDEN, USP-ATWATER, | |
| Respondent. | |
| EDGARDO RODRIGUEZ, | CASE NO. 1:23-CV-01008-JLT-SAB (HC) |
| Petitioner, | |
| v. | |
| B.M. TRATE, WARDEN, USP-ATWATER, | |
| Respondent. | |

**STIPULATION**

1. By this stipulation, the parties agree and stipulate to the following modified briefing schedule pertaining to each of the pending 28 U.S.C. § 2241 petitions.

    a) <u>Robledo v. Trate</u>, 1:23-cv-00995 - The Respondent's response is now due on or before October 17, 2023, and any reply due on or before December 7, 2023;

    b) <u>Maldonado v. Trate</u>, 1:23-cv-00993 – The Respondent's response is now due on or before October 17, 2023, and any reply due on or before December 7, 2023;

    c) <u>Castro v. Trate</u>, 1:23-cv-00982 – The Respondent's response is now due on or before October 27, 2023, and any reply due on or before December 21, 2023;

    d) <u>Yrigollen v. Trate</u>, 1:23-cv-00981 – The Respondent's response is now due on or before October 27, 2023, and any reply due on or before December 21, 2023;

    e) <u>Rodriguez v. Trate</u>, 1:23-cv-01008 – The Respondent's response is now due on or before October 27, 2023, and any reply due on or before December 21, 2023.

IT IS SO STIPULATED.

Dated:  October 5, 2023                                           PHILLIP A. TALBERT
                                                                                  United States Attorney


                                                                                  /s/ Michelle Rodriguez
                                                                                  MICHELLE RODRIGUEZ
                                                                                  Assistant United States Attorney


Dated:  October 5, 2023                                           /s/ Karen Lee Landau
                                                                                  KAREN LEE LANDAU
                                                                                  Counsel for Petitioners
                                                                                  Bryan Robledo
                                                                                  Robert Maldonado
                                                                                  Salvador Castro
                                                                                  Alex Yrigollen
                                                                                  Edgardo Rodriguez


**ORDER**

IT IS SO ORDERED.

Dated:   **October 6, 2023**                                   _____
                                                                                  UNITED STATES MAGISTRATE JUDGE

STIPULATION AND ORDER                                   3